No. 82–6396. SILCOX v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6452. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–6499. WOODARD v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL. Sp. Ct. R. R. R. A. Certiorari denied.

No. 82–6582. COFFIN v. OHIO; and
No. 82–6706. VETH v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 82–6605. ANTONELLI v. MUNCH ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–6607. FUEYO-FANJUL v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 82–6612. McCLELLAN v. McCLELLAN. Ct. Sp. App. Md. Certiorari denied.

No. 82–6613. STEWART v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6615. BRANTLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–6617. BASKIN v. MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 82–6622. WILLIAMS-EL v. TINNEY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 82–6626. CAVALLARO v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 82–6629. MITCHELL v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.